UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KRISHAN AHUJA, | ) | 3:13-CV-0038-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 1, 2013 |
| | ) | |
| WESTERN UNITED INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The stipulation to extend scheduling order deadlines (#20) fails to comply with LR 26-4(c) in that it does not include "the reason(s) why discovery remaining was not completed within the time limits set by the discovery plan."

IT IS ORDERED that the stipulation to extend scheduling order deadlines (#20) is **DENIED** without prejudice. The parties shall have ten (10) calendar days from the date of this order within which to resubmit a stipulation and order amending the discovery plan and scheduling order which complies with LR 26-4.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
Deputy Clerk