UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRISHAN AHUJA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WESTERN UNITED INSURANCE CO.<br>d/b/a AAA NEVADA INSURANCE CO.,<br><br>　　　　　　　　Defendant. | Case No. 3:13-cv-00038-MMD-VPC<br><br>ORDER |

Before the Court is Defendant's motion in limine, seeking to exclude any arguments or evidence relating to Defendant's litigation conduct as bad faith. (Dkt. no. 60.) Plaintiff's former counsel requested an extension of time to respond to Defendant's motion. (Dkt. no. 66.) The Court has since permitted Plaintiff's counsel to withdraw and Plaintiff is proceeding *pro se*. The parties have also since filed motions for summary judgment. Given the posture of this case and the fact that Plaintiff's counsel was permitted to withdraw before any response to Defendant's motion in limine was filed, the Court declines to address the motion in limine at this time. It is therefore ordered that Defendant's motion in limine (dkt. no. 60) is denied without prejudice to Defendant refiling the same motion after the Court has resolved the pending motions for summary judgment. Moreover, before refiling its motion in limine, Defendant is directed to confer with Plaintiff as to whether Plaintiff intends to offer arguments or evidence of Defendant's litigation conduct to necessitate Court intervention.

It is therefore ordered that Defendant's motion in limine (dkt. no. 60) is denied without prejudice. It is further ordered that Plaintiff's motion to extend time (dkt. no. 66) is denied as moot.

DATED THIS 21st day of January 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE