UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KRISHAN AHUJA, | ) | 3:13-CV-0038-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 28, 2015 |
| WESTERN UNITED INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for court ordered settlement conference (#122). Defendant filed an opposition (#s 123 & 125), and plaintiff replied (#124).

Plaintiff's motion for court ordered settlement conference (#122) is **DENIED**. The court encourages the parties to continue to engage in informal discussions in an effort to settle this case. The parties are reminded that a proposed joint pretrial order is due on or before **Wednesday, October 14, 2015.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
        Deputy Clerk