McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M Park
Nevada Bar No. 7124
Dylan P. Todd
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
WESTERN UNITED INSURANCE COMPANY
D/B/A AAA NEVADA INSURANCE
COMPANY

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| KRISHAN AHUJA, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, JOHN DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through V, inclusive, <br><br> Defendants. | Case No. 3:13-cv-00038-MMD-VPC <br><br> **SUBSTITUTION OF ATTORNEY** |

Defendants WESTERN UNITED INSURANCE COMPANY D/B/A AAA NEVADA INSURANCE COMPANY hereby substitute Gordon Park, Esq. and Dylan Todd, Esq. of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP in the above-entitled action, in the place and stead of Jonathan Owens, Esq., of the law firm ALVERSON, TAYLOR, MORTENSEN &SANDERS, as its' attorneys of record.

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

1

3:13-cv-00038-MMD-VPC

DATED this 3rd day of December, 2015

By _____
Stephen G Perrando
WESTERN UNITED INSURANCE COMPANY
D/B/A AAA NEVADA INSURANCE COMPANY

I, Jonathan Owens, Esq., of the law firm ALVERSON, TAYLOR, MORTENSEN &SANDERS, hereby consent to the substitution of Gordon Park, Esq. and Dylan Todd, Esq., of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, in the above-entitled action, in the place and stead of myself.

DATED this 4 day of December, 2015

ALVERSON, TAYLOR, MORTENSEN &SANDERS

By _____
JONATHAN OWENS, ESQ.
Nevada Bar No. 7118
7401 W. Charleston Blvd.
Las Vegas, NV 89117

I, Dylan Todd, Esq. of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby accept the foregoing Substitution of Attorney for Defendants WESTERN UNITED INSURANCE COMPANY D/B/A AAA NEVADA INSURANCE COMPANY in the above-entitled action.

DATED this ___ day of December, 2015    McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP

By _____
Dylan P. Todd
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant
WESTERN UNITED INSURANCE COMPANY
D/B/A AAA NEVADA INSURANCE COMPANY

IT IS SO ORDERED.
_____
U.S. MAGISTRATE JUDGE
DATED: December 15, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2015, a true and correct copy of **SUBSTITUTION OF ATTORNEY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Andi Hughes, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

4                                           3:13-cv-00038-MMD-VPC